# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ROCK HILL DIVISION

| | |
|---|---|
| Sean Milan; Junior Kiker; Anthony Bolden; Dennis Terry; Jeffrey Colberth; Matthew Gilliard; individually and on behalf of those similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>South Carolina Department of Corrections; Dennis Bush, In His Individual Capacity as a Warden at Broad River Correctional Institution; Larry Cartledge, In His Individual Capacity as a Warden at Broad River Correctional Institution; Michael Stephan, In His Individual Capacity as an Associate Warden at Broad River Correctional Institution; Greg Washington, In His Individual Capacity as an Associate Warden at Broad River Correctional Institution; Captain Christine Livingston, In Her Individual Capacity as a Corrections Officer at Broad River Correctional Institution;<br><br>      Defendants. | Civil Action Number:<br>0:17-cv-2692-DCC-PJG<br><br><br><br>**ORDER TO DEPOSE INCARCERATED INDIVIDUALS** |

      This matter comes before the Court upon request of Defendants SCDC, Cartledge, Stephan, Washington, and Livingston to conduct the depositions of Plaintiffs Sean Milan (SCDC # 344327), Junior Kiker (SCDC # 321516), Anthony Bolden (SCDC # 132424), Dennis Terry (SCDC # 236743), Jerry Colberth (SCDC # 244635), and Matthew Gilliard (SCDC # 214943), who are all currently incarcerated within the South Carolina Department of Corrections ("SCDC").

Since the individuals in question are incarcerated persons, leave of court is required pursuant to Fed.R.Civ.P. 30(a)(2)(B) before their depositions may be taken.

**IT IS THEREFORE ORDERED** that counsel for Defendants SCDC, Cartledge, Stephan, Washington, and Livingston may take the depositions of Inmate Plaintiffs Milan, Kiker, Bolden, Terry, Colberth, and Gilliard. The depositions shall be taken at such time and place as may be agreed upon by the parties and/or designated by the institution housing those inmates, and all participating must comply with the security protocols of SCDC with regards to those depositions.

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 18, 2018
Columbia, South Carolina